UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MELODEE MICHALARES-OWENS,
    Plaintiff,

vs.                                                       Case No.: 8:19-cv-3121-T-02AEP

GREENWOOD OF SC, INC., and 800A, LLC,
    Defendants.
_____/

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Plaintiff MELODEE MICHALARES-OWENS, by and through the undersigned counsel, hereby discloses the following pursuant to this Honorable Court's Interested Persons Order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

   MELODEE MICHALARES-OWENS, Plaintiff

   Layla K. McDonald, Esquire (Counsel for Plaintiff)
   Email: lmcdonald@mcdonaldandmincelaw.com
   Melissa Gilkey Mince, Esquire (Counsel for Plaintiff)
   Email: mmince@mcdonaldandmincelaw.com
   McDonald & Mince, PLLC
   801 West Bay Drive, Ste 113
   Largo, FL 33770
   Tel: 727-687-9707

   GREENWOOD OF SC, INC., Defendant

   800A, LLC, Defendant

2. The name if every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   None known

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

       None known

4.     The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Plaintiff seeks injunctive relief for alleged violations of the Americans with Disabilities Act and Florida Americans with Disabilities Accessibility Implementation Act, together with reasonable attorney's fees, costs and related litigation expenses.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify this Honorable Court in writing on learning of such conflict.

Dated: January 2, 2020.

    _/s/__Layla K. McDonald, Esq._____
Layla K. McDonald, Esquire / FBN: 11308
Tel: 727-667-2269
Email: lmcdonald@mcdonaldandmincelaw.com
Melissa Gilkey Mince, Esquire / FBN: 564230
Tel: 727-687-9707
Email: mmince@mcdonaldandmincelaw.com
MCDONALD & MINCE, PLLC
801 West Bay Drive, Suite 113
Largo, FL 33770

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the foregoing has been served in the manner described in the Affidavit of Service of Process.

    _/s/_Layla K. McDonald_____
Layla K. McDonald, Esq.
FBN: 11308