UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:19-cv-3121

MELODEE MICHALARES-OWENS,
    Plaintiff,
vs.

GREENWOOD OF SC, INC., et al.
    Defendant.

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff MELODEE MICHALARES-OWENS ("Plaintiff"), by and through her undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses without prejudice all claims in this action against Defendant GREENWOOD OF SC, INC. ("Defendant"). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), a "plaintiff may dismiss an action without court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Said Defendant has not served an answer, a motion for summary judgment, or any other response in this action. Accordingly, this action may be dismissed without an Order of the Court.

Dated: January 22, 2020.

                                          _/s/__ Layla K. McDonald, Esq._____
                                          Layla K. McDonald, Esquire / FBN: 11308
                                          Tel: 727-277-8234
                                          Email: lmcdonald@mcdonaldandmincelaw.com
                                          Melissa Gilkey Mince, Esquire / FBN: 564230
                                          Tel: 727-488-1988
                                          Email: mmince@mcdonaldandmincelaw.com
                                          MCDONALD & MINCE, PLLC
                                          801 West Bay Drive, Suite 113
                                          Largo, FL 33770

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 22, 2020, I filed the foregoing document with the Clerk of the Court via CM/ECF and furnished same upon:

GREENWOOD OF SC, INC.
c/o Vanessa Patel, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
100 North Tampa Street, Suite 3600
Tampa, FL 33602
Telephone: 813-221-7440
Email: vanessa.patel@ogletree.com


800A, LLC
c/o Jawdet Rubaii, Esq.
Jawdat Rubaii, P.A.
1358 S Missouri Ave
Clearwater, FL 33756-6535
Office: 727-442-3800
Cell: 727-442-3800
Email: rubaiilaw@gmail.com

                                               _/s/_ Layla K. McDonald_____
                                               Layla K. McDonald, Esq.
                                               FBN: 11308